# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY EDWARD ADAMS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KERRY LOUISE EARLEY, DISTRICT
JUDGE,
Respondents,
and
TIMOTHY FILSON, WARDEN; AND
ADAM P. LAXALT, ATTORNEY
GENERAL OF NEVADA,
Real Parties in Interest.

No. 76239

**FILED**

SEP 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus and or prohibition challenges the district court's resolution of discovery motions filed in a postconviction proceeding. Because petitioner can challenge the district court's decisions on appeal if the petition is denied, NRS 34.575(1); NRS 177.045, petitioner has a plain, speedy, and adequate remedy at law and, therefore, this court's intervention by way of an extraordinary writ is not warranted, NRS 34.170. Petitioner has not demonstrated any circumstances that reveal urgency or strong necessity for this court to intervene even though there is an alternative remedy available. *Cf.*

18-35970

*Salaiscooper v. Eighth Judicial Dist. Court*, 117 Nev. 892, 901-02, 34 P.3d 509, 515-16 (2001). Accordingly, we

ORDER the petition DENIED.

_____Cherry_____, J.
Cherry

_____Parraguirre_____J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc:   Hon. Kerry Louise Earley, District Judge
Federal Public Defender/Las Vegas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk